# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tri–Valley Corporation
     Debtor

Bankruptcy Case No.: 12–12291–MFW

Bankruptcy Chapter:  7

_____

Charles A. Stanziale Jr.

     Plaintiff

     vs.

Pacific Process Systems, Inc.

     Defendant(s)

Adv. Proc. No.:  14–50457–MFW

### JUDGMENT BY DEFAULT

On 11/7/14, default was entered against defendant(s) Pacific Process Systems, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Pacific Process Systems, Inc. in the amount of $19,225.18.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 11/7/14

David D. Bird
Clerk of Court

(VAN–433a)